IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 3 1
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | Criminal No. |
| ARMANDO PORTILLO MUNOZ (1) | § | 2-10CR-042-J |

## INDICTMENT

The Grand Jury charges:

Count One
Alien in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(2))

On or about July 10, 2010, within the Amarillo Division of the Northern District of Texas and elsewhere, the defendant, **Armando Portillo Munoz**, then being an alien illegally and unlawfully present in the United States, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Highstandard, .22 caliber revolver, serial number 1209662, said firearm having been shipped and transported in interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(2)).

A TRUE BILL:

_Mary E. Mjolhus_
FOREPERSON

JAMES T. JACKS
United States Attorney

_Christy L. Drake_
CHRISTY L. DRAKE
Assistant United States Attorney
Texas State Bar No. 06104500
500 South Taylor, Suite 300, LB 238
Amarillo, Texas 79101
Telephone: 806.324.2356
Facsimile: 806.324.2399
E-Mail: christy.drake@usdoj.gov

**Indictment**
M:G-C\MUNOZ.922g5.924a2.IND.WPD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

ARMANDO PORTILLA MUNOZ (1)

INDICTMENT

18 U.S.C. §§ 922(g)(5) and 924(a)(2)
Alien in Possession of a Firearm

(1 Count)

A true bill rendered:

---

AMARILLO

Filed in open court this 31st day of August, A.D. 2010.

_____ Deputy Clerk

Warrant to issue.

_____
UNITED STATES DISTRICT JUDGE
NO PENDING CRIMINAL COMPLAINT

**Indictment Cover - Page 2**
M:G-C/MUNOZ.922g5.924a2..ICO.WPD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No
Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____
Search Warrant Case Number: _____N/A_____
R 20 from District of _____N/A_____
Magistrate Case Number _____N/A_____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:
   ☐ Yes ☒ No

   ___ Summons   _X_ Warrant   ___ In Custody

   **2-10CR-042-J**

   Defendant Name: _Armando Portillo MUNOZ (1)_
   Alias Name: _____
   Address: _____

   County in which offense was committed: _____Castro Cnty_____

2. **U.S. Attorney Information**

   AUSA _Christy Drake_    Bar # _06104500_

3. **Interpreter**

   ☒ Yes  ☐ No    If Yes, list language and/or dialect: _Spanish_

4. **Location Status**

   Arrest Date: _____

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: __1__   ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 USC § 922(g)(5) & 924(a)(2) | Alien in Possession of a Firearm | 1 |

   (May be continued on reverse)

   Date _8-6-10_    Signature of AUSA: _[signature]_