IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:10-CR-42 |
| | § | |
| ARMANDO PORTILLA MUNOZ, (1) | § | ECF |

AMENDED
MOTION FOR PRETRIAL DETENTION AND CONTINUANCE

The United States asks for the pretrial detention of Defendant under Title 18, United States Code, Sections 3142(e) and 3142(f).

1. *Eligibility of Case*. This case is eligible for a detention order under 18 U.S.C. § 3142(f) because it is a case that involves:

| | |
|---|---|
| _____ | A crime of violence as defined in 18 U.S.C. § 3156(a)(4). (§3142(f)(1)(A)). |
| _____ | An offense for which the maximum sentence is life imprisonment or death. (§ 3142(f)(1)(B)). |
| _____ | Controlled substances offense for which the maximum sentence is 10 years or more. (§ 3142(f)(1)(C)). |
| _____ | A felony that was committed after the defendant had been convicted or two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses. (§ 3142(f)(1)(D)). |
| __X__ | A serious risk defendant will not appear. (§ 3142(f)(2)(A)). |
| _____ | A serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror. (§ 3142(f)(2)(B)). |
| __X__ | A felony that involves a minor victim or that involves the possession or use of a firearm or destructive device, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250 (§ 3142(f)(1)(E)). |

2. ***Reason for Detention.*** The Court should detain defendant, under 18 U.S.C. § 3142(e), because no condition or combination of conditions will reasonably assure:

| | |
|---|---|
| __X__ | Defendant's appearance as required. |
| __X__ | Safety of any other person and the community. |

3. ***Rebuttable Presumption.*** The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

| | |
|---|---|
| _____ | Probable cause to believe defendant committed 10 + year drug offense or firearms offense, 18 U.S.C. § 924(c). (18 U.S.C. § 3142(e)). |
| _____ | Previous conviction for "eligible" offense committed while on pretrial bond. |

4. ***Time for Detention Hearing***. The United States requests the Court conduct the detention hearing:

| | |
|---|---|
| _____ | At first appearance. |
| _____ | After continuance of three days. |
| __X__ | After continuance of 10 days under 18 U.S.C. § 3142(d). |
| _____ | Moot at this time as defendant is in federal custody. Hearing requested if detention becomes a viable issue. |

***Grounds for 10 day continuance:*** The defendant is, and was at the time the alleged offense was committed:

| | |
|---|---|
| _____ | on release pending trial for a felony under Federal, state, or local law; |
| _____ | on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law; |
| _____ | on probation or parole for an offense under federal, state, or local law; or |
| __X__ | is not a citizen of the United States or lawfully admitted for permanent residence as defined at 8 U.S.C. § 1101(a)(20); and the defendant: may flee; or |
| _____ | pose a danger to any other person or the community. |

**Motion for Pretrial Detention and Continuance – Page 2**

5.  <u>Other Matters</u>.

    _____

    _____

Dated this 31st day of August 2010.

                                          Respectfully submitted,

                                          JAMES T. JACKS
                                        UNITED STATES ATTORNEY

                                        <u>s/Christy L. Drake</u>
                                        CHRISTY L. DRAKE
                                        Assistant United States Attorney
                                        Texas State Bar No. 06104500
                                        500 S. Taylor, Suite 300, LB 238
                                        Amarillo, Texas 79101
                                        Telephone:   806.324.2356
                                        Facsimile:    806.324.2399
                                        E-mail:         christy.drake@usdoj.gov