AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2010 SEP -1 PM 4: 56
DEPUTY CLERK ___BB___

UNITED STATES OF AMERICA

V.

ARMANDO PORTILLO MUNOZ

**WARRANT FOR ARREST**

Case Number: 2:10-CR-042-J

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ARMANDO PORTILLO MUNOZ
                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petiton  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her (brief description of offense)

Alien in Possession of a Firearm

in violation of Title  18   United States Code, Section(s)  922(g)(5) & 924(a)(2)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer
Aug 31, 2010
Date

Mary Lou Robinson

Amarillo, TX
Location

By: Delynda Smith

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Castro County Jail in Texas |

| DATE RECEIVED<br>8-31-2010 | NAME AND TITLE OF ARRESTING OFFICER<br>DHS-ICE-HSI Special Agent<br>William L. Carter | SIGNATURE OF ARRESTING OFFICER<br>William J. Carter |
|---|---|---|
| DATE OF ARREST<br>9-1-2010 | | |